# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ALBERT PATTERSON,
d/b/a World Wrestling Association,
Superstars of Wrestling, Inc.,

        Plaintiff,

    v.                                          Case No. 02-C-0240

ANDREW McMANUS,
WORLD WRESTLING ALL-STARS, INC.,
WARNER COMMUNICATIONS, INC.,
HUGHES ELECTRONICS CORPORATION,
DIRECTV, INC.,
SPRING COMMUNICATIONS II LLC, and
IMPACT TALENT, INC.

        Defendants.

---

        This action has come before the court, the issues have been decided and a decision has been rendered. Therefore,

        **IT IS ORDERED AND ADJUDGED** that default judgment is entered against World Wrestling All-Stars, Inc., in favor of plaintiff.

        **IT IS FURTHER ORDERED** that defendant World Wrestling All-Stars, Inc. is enjoined from using, displaying, licensing, or otherwise presenting plaintiff's service marks: WORLD WRESTLING ASSOCIATION, WWA, SUPERSTAR WRESTLING, SUPERSTARS WRESTLING, SUPERSTARS OF WRESTLING, SUPERSTARS OF PRO WRESTLING, WWA SUPERSTAR WRESTLING, WWA SUPERSTARS

WRESTLING, WWA SUPERSTARS OF WRESTLING, and WWA SUPERSTARS OF PRO WRESTLING.

**IT IS FURTHER ORDERED** that this case is closed.

APPROVED: /s/ C. N. Clevert, Jr._____
C. N. CLEVERT
U. S. District Judge

SOFRON B. NEDILSKY
*Clerk*

*August 31, 2005*
*Date*

*/s/ Katina Hubacz*
*(By) Deputy Clerk*