IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

U.S. DIST. COURT EAST DIST. WISC.
FILED
JUL 1 9 2005
AT_____ O'CLOCK _____M
SOFRON B. NEDILSKY

ALBERT PATTERSON d/b/a/ )
SUPERSTARS OF WRESTLING, INC. and )
d/b/a W.W.A SUPERSTARS, )
 )
      Plaintiff, )
 )
 ) Case No. 02-C-0240
ANDREW McMANUS, individually, )
WORLD WRESTLING ALL-STARS, INC., ) Judge Charles N. Clevert
WARNER COMMUNICATIONS, INC., )
HUGHES ELECTRONICS CORPORATION, )
DIRECTV, INC., SPRING COMMUNICATIONS )
II, L.L.C., WORLD WRESTLING )
ENTERTAINMENT, INC., and IMPACT )
TALENT, INC., )
      Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the above-entitled action was pending in the United States District Court for the Eastern District of Wisconsin, and on June 2, 2005 this Court ordered the case dismissed without prejudice as to the following defendants on the basis that plaintiff had reached a settlement with them: Warner Communications, Inc., The DIRECTV Group f/n/a Hughes Electronics Corp., DIRECTV, Inc., and AEG-TV f/n/a Spring Communications II, LLC ("Certain Defendants");

NOW, THEREFORE, IT IS STIPULATED AND AGREED between the plaintiff and Certain Defendants, by their attorneys, that the Court enter the attached proposed order

converting its dismissal of June 2, 2005 to a dismissal with prejudice.

| ALBERT PATTERSON, | WARNER COMMUNICATIONS, INC., THE DIRECTV GROUP f/n/a HUGHES ELECTRONICS CORP., DIRECTV, INC., AND AEG-TV f/n/a SPRING COMMUNICATIONS II, LLC, |
|---|---|
| Plaintiff. | |
| | Defendants. |
| BY: *[signature]* Charles Drake Boutwell | BY: *[signature]* Steven L. Baron |
| Charles Drake Boutwell<br>3075 Plum Island Drive<br>Northbrook, IL 60062<br>(847) 272-2126 | Steven P. Mandell<br>Steven L. Baron<br>Kristin L. Lingren<br>**Mandell Menkes LLC**<br>333 West Wacker Drive, Suite 300<br>Chicago, IL 60606<br>(312) 251-1000 |

143470

2